# MIRIS INTERNATIONAL

## STAGE ONE TRACING REPORT

## STEVAN LIEBERMAN

## 16 JANUARY 2026

# Table of Contents

1. INTRODUCTION .................................................................................................. 1
    **About the report author** ........................................................................................ 1
        Rob Moore ............................................................................................................ 1
    **Point, Evidence, Explain, Link** ............................................................................ 2
2. TASK OVERVIEW ............................................................................................... 3
3. IDENTIFIED LEDGER ADDRESSES .................................................................. 4
    THREAT ACTOR ADDRESSES OF INITIAL MOVEMENT ................................. 4
4. TRACING OF STOLEN CRYPTOCURRENCY ASSETS ..................................... 6
    **Summary of Temporal Analysis tracing:** ............................................................. 6
        BTC ....................................................................................................................... 6
        ETH ....................................................................................................................... 9
5. SUMMARY AND RECOMMENDATIONS ......................................................... 11

# 1. INTRODUCTION

1.1. This report concerns a theft from a [1]Ledger device and application owned by Stevan Lieberman, involving approximately $4m in various cryptocurrencies.

1.2. The aim of this report is to understand how the theft occurred and to trace the identifiable assets using specialised tools.

1.3. This report used software from [2]Crystal Intelligence as well as open-source blockchain explorers. Blockchain explorers provide real-time and historical data on transaction addresses and blocks on the respective blockchains. They are widely regarded as credible and verifiable sources of information as they offer transparent access to blockchain data, allowing for the independent verification of transaction histories and address balances. By independently reviewing the blockchain explorers comprehensive dataset and being able to interpret the same, we are able to consider the source and movement of crypto assets, thereby providing a solid foundation for our analysis and conclusions.

## About the report author

### Rob Moore

1.4. Robs position is Head of Crypto Investigations at MIRIS. He is a recognised fraud investigator specialised in the blockchain field with several years of experience in cyber-crime and financial crime investigations. A recognised cyber investigations specialist with over twenty years of experience in communications, intelligence, and digital security, specialising in blockchain investigations, cyber-crime, and financial crime.

1.5. Rob served in the British Army before transitioning to the private sector, where he has worked extensively in digital asset tracing, online threat

---

[1] www.ledger.com
[2] www.crystalintelligence.com

1

    analysis, and cybercrime investigations. He has collaborated with leading law firms, barristers, government agencies, and law enforcement bodies on cases involving cryptocurrency fraud, data breaches, technical surveillance, and dark web intelligence gathering. In these areas, he has specialised in understanding blockchain protocols, tracing illicit transactions, and applying both open-source and commercial investigation tools.

1.6. Rob is also the co-founder of a bespoke platform that monitors dark web activity and alerts individuals and organisations to data exposure risks. Hold certifications in cryptocurrency investigations and advanced OSINT, and has provided consultancy, lectures, and specialist training to security professionals, academic institutions, and investigative bodies. His work is underpinned by practical operational experience, technical expertise, and a detailed understanding of the evolving digital threat landscape.

## Point, Evidence, Explain, Link

1.7. For clarity, this report uses colour-coded boxes to distinguish key information. These assist the reader by identifying a particular fact (*Point*), providing supporting material (*Evidence*), and, where necessary, offering further detail (*Explain*). Where appropriate any website sources (*Link*) will be provided in footnotes.

| Key: | |
|---|---|
| Comment | Technical clarifications or commentary on the extracted data. |
| Significance | Explanation of the relevance or impact of specific findings. |
| Explanation | Explanation of any technical terminology |

1.8. This approach ensures that all readers, regardless of their technical background, can fully understand the findings of this report.

2

# 2. TASK OVERVIEW

2.1 Mr Lieberman informed MIRIS on the 15th of January 2026 that he believes he was directed to a fake version of the Ledger application/platform. Prior to this realisation, he inputted his 24 word seed phrase into the new Ledger application/platform and subsequently all his cryptocurrency assets were then exfiltrated and sent to addresses not by his doing nor within his control.

2.2 **Comment:** Further digital forensics work is proposed to research the Ledger application/platform as well as identify any potential malware which may have compromised the seed phrase.

2.3 **Explanation:** A 24-word seed phrase represents the master cryptographic secret from which all wallet addresses and private keys are deterministically derived. If this seed phrase is exposed to a threat actor, it constitutes a total compromise of the wallet. The threat actor gains the technical ability to recreate the wallet environment independently, derive all current and future addresses across supported blockchains, and exercise full control over any assets held or subsequently received. Unlike a password, a seed phrase cannot be revoked, reset, or invalidated once disclosed; any assets associated with it must therefore be treated as permanently at risk. In investigative and evidential terms, exposure of a 24-word seed phrase is functionally equivalent to handing over all private keys for the wallet in question, enabling unauthorised access, asset theft, and complete loss of trust in the integrity of that wallet going forward.

## 3. IDENTIFIED LEDGER ADDRESSES

3.1. The following addresses have been extracted so far and been used to trace the cryptocurrency assets which have been misappropriated from such.

| Address | Amount stolen | Comment |
| --- | --- | --- |
| 0x03ff17fa13c950c53ebf51950162fe6bcf2f11bc | 100 ETH | Currently held on cold wallet |
| bc1q2yc88a2ynr43j23a7ct0awv6vul2624h04t3wq<br><br>bc1qdlm4qp80wwf3e5t2qfm267n77v898vuqqzxenl | 14.78650191 BTC | Broken down and still being laundered. 0.52172461 BTC traced to the [3]Bitget exchange (further details later in this report |

3.2. **Comment:** Due to Mr Lieberman's laptop being turned off and held in a state of isolation for future digital forensics, the Ledger application/platform cannot be further reviewed to identify all addresses held within. The seed phrase was entered into a Metamask wallet, which recreated the account, however it creates only new addresses and not the previous ones required to then identify the fraudulent transactions.

3.3. A new Ledger device is being sourced by MIRIS to reintroduce the seed phrase to identify further addresses not yet visible.

3.4. **Significance:** MIRIS will update the client as soon as this process is complete and further wallet addresses have been identified.

## THREAT ACTOR ADDRESSES OF INITIAL MOVEMENT

3.5. Currently, the following addresses and associated transactions were identified relating to the theft of cryptocurrency assets from Mr Lieberman.

---

[3] https://www.bitget.com

> 3.6. **Comment:** These addresses are not owned or in control by Mr Lieberman, they are assessed to be relating to the perpetrators of the theft, referred hereon in as the "threat actors".

| Address | Transaction ID from Lieberman Ledger |
|---|---|
| bc1qdreqg75uerjvtkv4xz7zqszjjett35vm9f5ax0 | bc1qdreqg75uerjvtkv4xz7zqszjjett35vm9f5ax0 |
| 0xcd2ee2c4818d5808ece2839aeb50fcfbfdce4185 | 0x922f7721ea24a1ed2268362a654bcf02775a8c4457052ecd4c7b28abd9e3b0fe |

3.7. These addresses and transactions were used as the start points for further tracing of the stolen assets.

5

# 4. TRACING OF STOLEN CRYPTOCURRENCY ASSETS

4.1. The method of tracing funds across the various blockchains used temporal analysis, which effectively identifies funds going into a wallet, then looks at the next outbound transaction. As shown in the example below, the green transaction is that of which are coming into the wallet, the red are the subsequent LIeoutbound.



Figure 1

4.2. Both transactions are then plotted on a graph, and the outbound transaction is followed to the next destination, and so on, until either an exchange is identified or the path is deemed untraceable, such as an unknown [4]VASP.

## Summary of Temporal Analysis tracing:

BTC

4.3. Currently, the stolen BTC is still in the process of being broken down and moved across various addresses, of which approximately 0.5 BTC has been traced to the Bitget cryptocurrency exchange.

4.4. **Significance:** Bitget should hold further information as to the owner(s) of the associated account on their platform that received the 0.52172461 BTC with the transaction ID:

---

[4] https://www.trmlabs.com/glossary/virtual-asset-service-provider-vasp

6

| |
|---|
| 9ac089dfa30963e2ff4dec6431886b6e26e790860e5ab4b580161d03a6afa57f |

4.5.　　A visualisation of this movement of funds from the Lieberman Ledger wallet to Bitget is shown below:

7

CONFIDENTIAL AND PRIVILIGED



Figure 2

8

## ETH

4.6. Currently, the stolen ETH is held on a cold wallet:

0xcd2ee2c4818d5808ece2839aeb50fcfbfdce4185.

4.7. **Explanation:** A cold wallet is a cryptocurrency wallet in which the private keys are generated and stored entirely offline, meaning they are not exposed to internet-connected systems and are therefore resistant to remote compromise. Assets held in a cold wallet remain fully visible on the public blockchain, as all transactions and balances are recorded on-chain, but control over those assets rests exclusively with whoever possesses the corresponding private keys or recovery phrase. As a result, while funds sent to a cold wallet can be observed, monitored, and traced in real time, they are effectively out of reach to third parties and law enforcement until the holder of the private keys actively signs a transaction to move them. In practical terms, assets in a cold wallet typically remain dormant until they are transferred to a hot wallet or deposited with an exchange, at which point they may become accessible to seizure, freezing, or attribution through the exchange's compliance processes.

4.8. A visualisation of this movement of funds is shown below:



*Figure 3*

9

CONFIDENTIAL AND PRIVILIGED

4.9. MIRIS will continue to monitor this address for any subsequent movement.

## 5. SUMMARY AND RECOMMENDATIONS

5.1. MIRIS recommends further monitoring of funds and movements, the Ledger recreation to identify additional addresses and potential avenues of investigation.

5.2. Further to this, the laptop is recommended to be analysed forensically to identify how the threat actors compromised the seed phrase which then allowed them to steal the cryptocurrency assets.

5.3. MIRIS can provide further assistance with any legal action in relation to asset recovery.

**END OF REPORT**