IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| GREENBERG & LIEBERMAN, LLC,<br>Plaintiff,<br>v.<br>JOHN DOES 1–20,<br>Defendants,<br>and<br>BITGET,<br>Relief Defendant. | EMERGENCY MOTION TO SEAL LIMITED MATERIALS AND PERMIT PUBLIC REDACTED FILINGS (TEMPORARY, NARROWLY TAILORED RELIEF)<br><br>Civil Action No. 8:26-cv-00187-JRR<br>Judge Julie R. Rubin |

DECLARATION OF STEVAN LIEBERMAN IN SUPPORT OF EMERGENCY MOTION TO SEAL LIMITED MATERIALS

I, Stevan Lieberman, declare as follows:

1. I am the managing member for Greenberg & Lieberman, LLC. I have personal knowledge of the facts stated herein.
2. G&L has reported the incident via the FBI's Internet Crime Complaint Center ("IC3"). The IC3 submission was made on January 18, 2026. The IC3 reference number is available to the Court upon request.
3. G&L has initiated contact with federal authorities regarding this matter. On, I spoke with a federal law enforcement agent regarding the incident and preservation of related information on January 18, 2026.
4. On January 19, 2026, I left a message seeking to speak with an FBI agent regarding the incident.
5. As of the time of this declaration, G&L has not received confirmation that a formal criminal investigation is opened or ongoing.
6. The sealed filings in this case include non-public information that would materially increase risk if publicly disclosed now, including:

    a. non-public account/wallet identifiers and address lists;
    b. tracing and recovery steps and the current posture of recovery/preservation efforts;
    c. incident-response steps, security controls, custodial workflows, and internal logs/forensic outputs; and
    d. non-public client and third-party information.

7. In my judgment, public disclosure of the non-public identifiers and recovery/tracing steps would substantially increase the probability that the

      perpetrators will accelerate dissipation, alter behavior to evade tracing, and destroy or conceal evidence.
8. Digital assets can be transferred and obfuscated quickly.
9. The sensitive information described above is not necessary for public understanding of the Court's rulings. G&L can and will file public redacted versions of core pleadings omitting these non-public details on the schedule set forth in the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2026 at Silver Spring, Maryland.

/s/ Stevan Lieberman/
Stevan Lieberman