**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

GREENBERG & LIEBERMAN, LLC,

*Plaintiff*,

v.

JOHN DOES 1-20; SWFT INC. d/b/a BRIDGERS, *et al.*; BINANCE HOLDINGS LIMITED; DJI-PAY; TRONIFY, *et al.*,

*Defendants*,

*and* BITGET, BYBIT, HITBTC,

*Relief Defendant*s.

No. 8:26-cv-00187-JRR

**DEFENDANT BINANCE HOLDINGS LIMITED'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

Defendant Binance Holdings Limited ("BHL") moves to dismiss Plaintiff's Third Amended Complaint (Dkt. No. 68) under Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6). BHL incorporates by reference its accompanying Memorandum of Law in Support of Its Motion to Dismiss.

As discussed in BHL's accompanying memorandum, this case should be dismissed for two independent reasons. *First*, Plaintiff fails to establish that BHL, a foreign corporation, may be haled into this forum to answer the allegations in the Third Amended Complaint. Because the Complaint contains no allegations that BHL purposefully directed any activity in the state of Maryland giving rise to this suit, both Maryland's long-arm statute and federal due process preclude the exercise of personal jurisdiction. *Second*, Plaintiff fails to allege that BHL aided and abetted the conversion of cryptocurrency that allegedly transited through Binance accounts. The

Complaint alleges neither that BHL had the requisite knowledge nor that it substantially aided the conversion.

**WHEREFORE**, BHL respectfully requests that this Court grant its Motion to Dismiss, that all claims asserted against BHL in Plaintiff's Third Amended Complaint be dismissed with prejudice and without leave to amend, and that the Court grant such other relief as deemed just and proper.

Dated: November 3, 2026

Respectfully submitted,

**BINANCE HOLDINGS LIMITED**

By: *<u>/s/ Thomas A. McKay</u>*

Thomas A. McKay*
MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.
565 Fifth Avenue
New York, New York 10017
(212) 880-9484
tmckay@maglaw.com

**pro hac vice*

*/s/ Geoffrey H. Genth*

Geoffrey H. Genth
Bar No. 08735
KRAMON & GRAHAM, P.A.
750 East Pratt Street
Suite 110
Baltimore, Maryland 21202
(410) 752-6030
ggenth@kg-law.com

*Attorneys for Binance Holdings Ltd.*