**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| GREENBERG & LIEBERMAN, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>JOHN DOES 1-20; SWFT INC. d/b/a BRIDGERS, *et al.*; BINANCE HOLDINGS LIMITED; DJI-PAY; TRONIFY, *et al.*,<br><br>*Defendants*,<br><br>*and* BITGET, BYBIT, HITBTC,<br><br>*Relief Defendant*s. | No. 8:26-cv-00187-JRR |

**[PROPOSED] ORDER**

Upon consideration of the Motion to Dismiss filed by Defendant Binance Holdings Limited, its Memorandum in Support and any Opposition and Reply filed thereto, it is this ___ day of ___________, 2026,

**ORDERED** that Defendant Binance Holding Limited's Motion to Dismiss is **GRANTED**; and it is further

**ORDERED**, that Plaintiff's Third Amended Complaint is hereby dismissed with prejudice.

____________________

Hon. Julie R. Rubin